Barry E. Hinkle, Bar No. 071223
Concepción E. Lozano-Batista
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
(510) 337-1001; Fax: (510) 337-1023

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Gil Crosthwaite, et al.

Plaintiff(s)

v.

Brian Anthony Minix, et al.

Defendant(s)

CASE NUMBER: C05-00551 SI

**SUBSTITUTION OF ATTORNEY**

Gil Crosthwaite
*Name of Party*

[x] Plaintiff [ ] Defendant [ ] Other

hereby substitutes Barry E. Hinkle, SBN: 071223; Linda Baldwin-Jones, SBN: 178922; and Concepcion E. Lozano-Batista, SBN: 227227 who is

[x] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per

1001 Marina Village Parkway, Suite 200
*Street Address*

Alameda, CA 94501-1091 (510) 337-1001 (510) 337-1023 See above
*City, State, Zip Code* / *Telephone Number* / *Facsimile Number* / *State Bar Number*

as attorney of record in the place and stead of Tracy L. Mainguy

Dated: 10-13-05

Wayne McBride
*Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 10/4/05

Tracy L. Mainguy
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: September 30, 2005

Concepción E. Lozano-Batista
*Signature of New Attorney*

Substitution of Attorney is hereby [ ] Approved. [ ] Denied.

Dated: _____

United States District Judge

**IT IS SO ORDERED**
Judge Susan Illston

**NOTICE TO COUNSEL:** If you are currently enrolled in the Optical Scanning Program and have changed your address since your enrollment, you must complete an Enrollment/Update Form in order to receive documents at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)