BARRY E. HINKLE, Bar No. 071223
NICOLE M. PHILLIPS, Bar No. 203786
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: 510.337.1001
Facsimile: 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,<br><br>Plaintiffs,<br>vs.<br><br>ANTHONY BRIAN MINIX, individually and doing business as MINIX EXCAVATORS, | Case No.: C 05-00551 SI<br><br>STIPULATION FOR DISMISSAL OF AMERICAN CONTRACTORS INDEMNITY COMPANY WITH PREJUDICE UPON SETTLEMENT OF CASE |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
101 Marina Village Pkwy
Alameda, CA 94501

Case No. C 05-00551 SI
Stipulation for Dismissal of American Contractors Indemnity Company with Prejudice Upon Settlement of Case

|  |  |
|---|---|
| 1 | Defendants. ) |
| 2 | _____ ) |

The undersigned parties, having reached a settlement in the above-referenced case, hereby stipulate and request that the Court so order that the above-entitled matter be dismissed in its entirety with prejudice as to the following parties **ONLY**: **American Contractors Indemnity Company**.

The undersigned parties also agree that Anthony Brian Minix, individually and doing business as Minix Excavators, is not a party to this Stipulation.

Dated: November 10, 2005.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

_____
CONCEPCIÓN E. LOZANO-BATISTA
Attorney for Plaintiffs

Dated: 11/10/05

LANAK & HANNA, P.C.

_____
DONNA B. NOUSHKAM
Attorneys for Defendant and Cross-Complainant
American Contractors Indemnity Company

111284/402020

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston

- 2 -